06cv4240
JUDGE GETTLEMAN
MAG. JUDGE DENLOW

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Robert S. Held
(Please print)

STREET ADDRESS: 3142 Redwood Court

CITY/STATE/ZIP: Flossmoor, Illinois 60422-2267

PHONE NUMBER: (708) 957-7710

CASE NUMBER:

FILED
JN
AUG 04 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature: [signature]
Date: 8/4/06